# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR219-49**

United States of America

vs.
**Max Mejia-Meza**
**10:05 - 10:35**

_____
Defendant/Age

**Joseph McCool**
U. S. Attorney

**Mario Pacella**
Attorney for Defendant

☑ Plea agreement **(Received).**  ☑ Defendant Sworn  ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **One (1)** of the indictment.

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **S/A McGill**.

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **01/03/2020** at **Following Rule 11**.

☐ Bond Continued ___ Bond modified to _____.

Bond set at _____ _____

☑ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **01/03/2020**
Court Reporter **Debra Gilbert**   Probation Officer **Kayla Walker**
Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Marty**