# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CR219-53** | DATE **01/03/2020** |
| TITLE **USA v. Max Mejia-Meza** | |
| TIMES **10:35 - 10:45** | TOTAL **10 Minutes** |

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Courtroom Deputy : **Whitney Sharp**  
Court Reporter : **Debra Gilbert**  
Interpreter : **Peter Floyd**

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Joseph McCool | Mario Pacella | |

PROCEEDINGS : **Sentencing**   ☑ In Court   ☐ In Chambers

Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 6 / Criminal History I / Guideline 0-6 Months /
1 year supervised release / $1,000 - $9,500 fine / $100 special assessment /
no minimum - 2 years maximum
Defense 10:39 - 10:40 / Government 10:40 -10:41
Court - BOP time served / no fine / $100 special assessment / no supervised release /
upon release, to be delivered to customs enforcement for deportation proceedings / any
appeal to be made within 14 days of todays date.